STATE OF NEW JERSEY v. JOSEPH MARRONE.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. FELIX RODRIQUEZ.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID C. RODRIQUEZ.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL LIMOZINERE.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JESSE ALEXANDER.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID ROSE.

May 18, 1976. Petition for certification denied.